THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY LEE SHEARER and ALICIA L. POTTER,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, SEATTLE DIVISION,<br><br>Defendant. | CASE NO. C20-0833-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to dismiss Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 6). Plaintiffs have failed to respond to Defendant's motion. If a plaintiff fails to respond to a defendant's motion to dismiss, then a district court may dismiss the case without reaching the merits. *See* W.D. Wash. Local Civ. R. 7(b)(2); *Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995); *Marcus v. ABC Signature Studios, Inc.*, 279 F. Supp. 3d 1056, 1063 (C.D. Cal. 2017). The Court finds that approach appropriate here. Consequently, the Court DISMISSES Plaintiffs' complaint without prejudice. The Clerk is DIRECTED to close this case.

//

//

//

1   DATED this 8th day of July 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE